IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL LOZANO,

      Plaintiff,

vs.

GIANT GLASS & MIRROR, INC.,
a Florida Corporation, and JOSEPH M.
MARTUCCI, an individual, jointly and
severally,

      Defendants.

                               /

## COMPLAINT FOR DAMAGES

Plaintiff, MICHAEL LOZANO, sues Defendants, GIANT GLASS & MIRROR, INC., and

JOSEPH M. MARTUCCI, and shows:

### Introduction

1.     This is an action by MICHAEL LOZANO against his former employers for

unpaid overtime and minimum wages pursuant to the Fair Labor Standards Act. Plaintiff seeks

damages and a reasonable attorney's fee.

### Jurisdiction

2.     This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§

206 and 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3.     The claim arose within the Southern District of Florida, which is where venue is

proper.

**Parties and General Allegations**

4.      Plaintiff, MICHAEL LOZANO, (hereinafter "LOZANO") a resident of Broward County, was at all times material, employed by GIANT GLASS & MIRROR, INC., as glass worker, was an employee as defined by 29 U.S.C. § 203(e), and during his employment with GIANT GLASS & MIRROR, INC., was engaged in commerce or in the production of goods for commerce.

5.      Defendant, GIANT GLASS & MIRROR, INC. (hereinafter, "GIANT GLASS & MIRROR"), is a Florida Corporation with headquarters in Broward County, Florida, doing business throughout the South Florida, is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. §§ 206 and 207.

6.      Defendant, JOSEPH M. MARTUCCI ("hereinafter, "MARTUCCI"), who resides in the Southern District of Florida, was, or now is, an owner and/or operator of Defendant GIANT GLASS & MIRROR. MARTUCCI determined LOZANO's work schedule, job duties, and generally controlled the terms and conditions of his employment Thus, MARTUCCI was and is an employer within the meaning of Section 3(d) of the Act, 29 U.S.C. § 203(d).

**Count I – Violation of FLSA by all Defendants – Overtime**

7.      Plaintiff, MICHAEL LOZANO, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 6 above.

8.      Since on or about October 2013, up to and including May 2, 2017, Defendant GIANT GLASS & MIRROR has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed: specifically LOZANO, during his employment, worked in excess of 40 hours a week during several weeks of his employment, but was not compensated for all overtime hours at one and one-half times his regular rate.

9.      The failure to pay overtime compensation to LOZANO is unlawful in that he was not exempted from the overtime provisions of the Act pursuant to the provisions of 29 U.S.C. § 213(a), in that he was an hourly waged employee and was neither a bona fide executive, administrative nor professional employee.

10.     LOZANO is entitled pursuant to 29 U.S.C. § 216(b), to recover from GIANT GLASS & MIRROR and MARTUCCI:

        a.      All unpaid overtime that is due;

        b.      As liquidated damages, an amount equal to the unpaid overtime owed;

        c.      The costs of this action, and;

        d.      A reasonable attorney's fee.

WHEREFORE, Plaintiff, MICHAEL LOZANO, prays that this court will grant judgment against Defendants GIANT GLASS & MIRROR and MARTUCCI:

        a.       awarding LOZANO payment of overtime compensation found by the court to be due to him under the Act;

        b.      awarding LOZANO an additional equal amount as liquidated damages;

        c.      awarding LOZANO his costs, including a reasonable attorney's fee; and

d.      granting such other and further relief as is just.

### Count II-Violation of the FLSA by all Defendants – Minimum Wage

11.      Plaintiff, LOZANO, realleges, as if fully set forth in Count II, the allegations of Paragraphs 1 through 6 above.

12.      LOZANO worked for GIANT GLASS & MIRROR for approximately 37 hours during the last week of his employment, but received no compensation whatsoever for the work performed.

13.      GIANT GLASS & MIRROR's failure to pay LOZANO his final paycheck violates 29 U.S.C. § 206(a)(1) by not paying him at least a minimum wage.

14.      LOZANO is entitled pursuant to the FLSA to recover from Defendant GIANT GLASS & MIRROR and MARTUCCI:

a.      The applicable minimum wage in effect at the times he worked without receiving compensation;

b.      As liquidated damages, an amount equal to the unpaid minimum wage he is owed;

c.      The costs of this action, and;

d.      A reasonable attorney's fee.

WHEREFORE, Plaintiff prays that this Honorable Court:

a.      Enter judgment for LOZANO against GIANT GLASS & MIRROR and MARTUCCI on the basis of their willful violations of the FLSA;

b.      Award LOZANO actual and compensatory damages in the amount shown to be due for unpaid minimum wages;

c.      Award LOZANO an equal amount in liquidated damages;

d.      Award LOZANO reasonable attorneys' fees and costs of suit; and

e.      Other such relief as this Court deems just.

**<u>Jury Demand</u>**

Plaintiff demands trial by jury.

Dated: June 15, 2017
Plantation, Florida

Respectfully submitted,


s/Robert S. Norell

Robert S. Norell, Esq. (Fla. Bar No. 996777)
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue
Suite 305
Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
*Counsel for Plaintiff*